FILE COPY

*I, CATHY S. LUSK, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Kevin Mauldin, Plaintiff in the trial court secured an extension of fifty-two (52) days in which to file Appellant's Brief in the following numbered and entitled cause:

**Kevin Mauldin**

**No. 12-14-00071-CV                    vs.**

**Ransom Industries, Inc. d/b/a Tyler Pipe and McWane, Inc.**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 9 day of January 2015, A.D.



Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk